UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ULTRAFLO CORPORATION, | § § § | |
| Plaintiff/Counter-Defendant | § § | |
| V. | § § | CIVIL ACTION NO. H- 09-0782 |
| PELICAN TANK PARTS, INC. and THOMAS JOSEPH MUELLER | § § § § | |
| Defendants/Counterclaimants | § | |

## FINAL JUDGMENT

This Court, having considered the jury's verdict (Docket Entry No. 279), and pursuant to the Court's Order (Docket Entry No. 290) hereby makes and enters this FINAL JUDGMENT.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff take nothing by its claims and causes of action. It is further

ORDERED, ADJUDGED AND DECREED that Defendants take nothing by their counterclaims and causes of action. It is further

ORDERED that each party shall bear its own court costs and attorneys' fees.

All relief not expressly granted herein is denied.

THIS JUDGMENT is FINAL and disposes of all claims and parties.

SIGNED this 28th day of March, 2014.

Hon. Melinda Harmon
United States District Judge

1

1997714.1