UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ULTRAFLO CORPORATION, § § Plaintiff/Counter-Defendant § § V. § § PELICAN TANK PARTS, INC. and § THOMAS JOSEPH MUELLER § § Defendants/Counterclaimants § | CIVIL ACTION NO. H- 09-0782 |

## ULTRAFLO CORPORATION'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Ultraflo Corporation hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment [Doc. 293] entered on the 28th day of March, 2014, and the Denial of the Motion for New Trial [Doc. 297] entered on the 22nd day of January, 2015.

Respectfully submitted,

By: /s/ Travis Crabtree
Travis Crabtree
State Bar No. 24015192
Federal I.D. No. 28015
GRAY REED & MCGRAW, P.C.
1300 Post Oak Boulevard, Suite 2000
Houston, Texas 77056
(713) 986-7000
(713) 986-7100 (Fax)
tcrabtree@grayreed.com

ATTORNEY IN CHARGE FOR
ULTRAFLOW CORPORATION

1

2495694.1

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document has been served upon the following listed individuals on this the 12th day of February, 2015, via

| | |
|---|---|
|   X   | Certified Mail, Return Receipt Requested |
| _____ | Telecopier |
| _____ | Hand Delivery |

John K. Buche
BUCHE & ASSOCIATES, P.C.
6363 Woodway, Suite 820
Houston, Texas  77057

        /s/ Travis Crabtree
        Travis S. Crabtree

2495694.1